**No. 47600.**—Protests 847386–G, etc., of Andes Fruit & Produce Corp. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.